# United States Court of Appeals for the Federal Circuit

---

**THE MOSAIC COMPANY,**

*Plaintiff-Appellee*

v.

**UNITED STATES,**

*Defendant-Appellee*

v.

**INDUSTRIAL GROUP PHOSPHORITE, LLC,**

*Defendant-Appellant*

**PHOSAGRO PJSC, JSC APATIT,**

*Defendants*

---

2024-1593

---

Appeal from the United States Court of International Trade in Nos. 1:21-cv-00117-JAR, 1:21-cv-00220-JAR, 1:21-cv-00221-JAR, Senior Judge Jane A. Restani.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered December 5, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

January 27, 2026

Date

Jarrett B. Perlow

Clerk of Court